IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ALTON B. KEPHART                    )
                                    )
            v.                      )   NO. 1:08-0055
                                    )
MICHAEL J. ASTRUE, Commissioner )   Judge Nixon/Knowles
of Social Security                  )

**O R D E R**

Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), With Remand to Defendant, Document No. 16. No objection has been filed.

The Court has read and considered the Motion and Memorandum in Support.

Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), Document No. 16 is **GRANTED**, and this cause is **REVERSED AND REMANDED** to the Commissioner for further action.

It is so **ORDERED**.

**JOHN T. NIXON**
**SENIOR U.S. DISTRICT JUDGE**