IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ALTON B. KEPHART, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:08-0055 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is attorney Carol Mannchen's ("Plaintiff's counsel") Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 23) and supporting Memorandum (Doc. No. 24). Plaintiff's counsel requests an award of attorney fees in the amount of $15,309.00 and acknowledges that she must return to Plaintiff the $3643.60 awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (*See* Doc. No. 22). Defendant Commissioner of Social Security filed a Response supporting the Motion.

Upon review of the record in this case, the Court **GRANTS** Plaintiff's counsel's Motion. Defendant is **ORDERED** to **PAY $15,309.00** in fees to Plaintiff's counsel, Carol Mannchen. Plaintiff's counsel is **ORDERED** to **RETURN** the **$3643.60** EAJA fee to Plaintiff.

It is so ORDERED.

Entered this ___1st___ day of February, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT